# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 18, 2024

## NO. 03-23-00660-CR

**Christian Lozano, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 403RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS
AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgments. Therefore, the Court affirms the trial court's judgments of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.